IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DA LIQUIDATING CORP., <br> f/k/a DELIVERY AGENT, INC., *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 16-12051 (LSS) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of DA Liquidating Corp., f/k/a Delivery Agent, Inc. *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> Easy Star Records, <br><br> Defendant. | Adv. No. 18-50752 <br><br> **Re: Docket Nos. 24, 25, 28, 32, 33 & 37** |

### ORDER GRANTING MOTION OF DEFENDANT EASY STAR RECORDS TO DISMISS THE COMPLAINT [ADV. D.I. 24]

For the reasons set forth in the accompanying Opinion of even date, it is hereby

**ORDERED THAT** the Motion of Defendant Easy Star Records to Dismiss the Complaint Filed by Chapter 7 Trustee of MusicToday Pursuant to Fed. R. Civ. Pro. 12(b)(6) [Adv. D.I. 24]; is **GRANTED**.

Dated: October 26, 2020

Laurie Selber Silverstein
United States Bankruptcy Judge